UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────────X

MICHAEL DONNEL WESLEY,

        Plaintiff,

**CIVIL JUDGMENT**
05-CV-4072 (DGT)

-against-

DETECTIVE IVAN BORBON,
DETECTIVE FRIENDRICK, DETECTIVE MOHON,
THE PEOPLE OF THE STATE OF NEW YORK,

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 26, 2005 ★

        Defendants.
───────────────────────────────────X

P.M. _____
TIME A.M. _____

Pursuant to the order issued _September 19, 2005_ by the undersigned dismissing the complaint it is

**ORDERED, ADJUDGED AND DECREED**: That the complaint is hereby dismissed. The Court bars plaintiff from filing any future complaint *in forma pauperis* unless the complaint alleges that he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

                        S/David G. Trager
                        _____
                        David G. Trager
                        United States District Judge

Dated: Brooklyn, New York
       September 19, 2005

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.